IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KESTERS MERCHANDISING DISPLAY INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURFACEQUEST, INC., et al. <br><br> Defendants. | Case No. 21-CV-02300-EFM-GEB |

## **ORDER**

Upon the parties Joint Motion to Mutually Extend Deadlines to Respond to Motions for Summary Judgment, and for good cause shown, IT IS HEREBY ORDERED THAT the Joint Motion to Mutually Extend Deadlines to Respond to Motions for Summary Judgment, Doc. 231, is GRANTED. Plaintiff's deadline to respond to Defendants' Motion for Summary Judgment and Memorandum in Support of same [Doc. Nos. 220-221] is extended to February 29, 2024 and Defendants' Response to Plaintiff's Motion for Partial Summary Judgment on Liability under the Lanham Act, and its Brief in Support of same [Doc Nos. 225-226] is extended to March 1, 2024.

Dated this 8th day of February, 2024.

*Eric F. Melgren*
ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE